# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SEAN RYAN, an individual, and
TRACY L. RYAN, an individual,

                            Plaintiffs,

      vs.

FORD MOTOR COMPANY, a
Delaware Corporation, and DOES 1
through 10, inclusive,

                            Defendants.

Case No.: 1:25-cv-00164-KES-SKO

**ORDER GRANTING JOINT STIPULATION MODIFYING SCHEDULING ORDER**

**(Doc. 22)**

State Comp. Filed:  January 10, 2025
Removed: February 7, 2025

ORDER GRANTING JOINT STIPULATION MODIFYING SCHEDULING ORDER

**HAVING CONSIDERD THE PARTIES' JOINT STIPULATION MODIFYING SCHEDULING ORDER (Doc. 22), AND FOR GOOD CAUSE SHOWN (Fed. R. Civ. P. 16(b)(4)):**

The Scheduling Order (Doc. 21) is hereby MODIFIED as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Non-Expert Discovery Deadline | January 27, 2026 | March 31, 2026 |
| Expert Disclosures | February 12, 2026 | April 9, 2026 |
| Rebuttal Expert Disclosures | February 26, 2026 | April 23, 2026 |
| Expert Discovery | March 19, 2026 | May 14, 2026 |
| Non-Dispositive Motion Filing Deadline | March 26, 2026 | May 21, 2026 |
| Non-Dispositive Motion Hearing | April 29, 2026 | July 1, 2026[1] |
| Dispositive Motion Filing Deadline | March 26, 2026 | May 21, 2026 |
| Dispositive Motion Hearing | May 4, 2026 | July 6, 2026[2] |
| Pretrial Conference[3] | August 24, 2026 | October 26, 2026, at 1:30 p.m. |
| Trial | October 20, 2026 | January 12, 2027, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **February 23, 2026**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to E.D. Cal. Local Rule 230, civil motions "shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard not less than thirty-five (35) days after service and filing of the motion." E.D. Cal. L.R. 230(b).  The parties' proposed date has been continued accordingly.
[2] *See* n.1.
[3] Although the parties did not so request, the Pretrial Conference and the Trial dates have been continued to allow the Court sufficient time to decide dispositive motions and the parties to prepare for trial.

1

ORDER GRANTING JOINT STIPULATION MODIFYING SCHEDULING ORDER