# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RYAN et al., | Case No. 1:25-cv-0164-KES-EGC |
| Plaintiffs, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | (Doc. 32) |
| FORD MOTOR COMPANY, | |
| Defendant. | |

On July 1, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 32). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. The Court observes that while the parties have voluntarily dismissed the action, the Court shall, in its discretion, retain jurisdiction for the sole purpose of deciding the pending attorney fee motion. (*See* Doc. 31). Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **July 6, 2026**                    _____
                                                    UNITED STATES MAGISTRATE JUDGE